UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 13-0215-JST (RNBx)                              Date:  April 29, 2013
Title:  Bisnar Chase Personal Injury Attorneys, LLP v. The Law Office of Ramon Garcia, P.C.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|   Dwayne Roberts   | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REQUIRING PLAINTIFF TO SHOW CAUSE RE SUBJECT-MATTER JURISDICTION**

Plaintiff Bisnar Chase Personal Injury Attorneys, LLP filed this case in federal court on the basis of diversity jurisdiction.  (Compl. ¶ 2, Doc. 1.)  Plaintiff alleges that Defendant Law Office of Ramon Garcia, P.C. is a Texas corporation with its principal place of business in Texas, and thus properly alleges that Defendant is a citizen of Texas.  (*Id*. ¶ 5).  However, Plaintiff fails to properly allege its own citizenship.  Plaintiff asserts that it is a limited liability partnership "created and existing under the laws of the state of California, with its principal place of business in and being resident of Orange County, California."  (*Id*. ¶ 4).  But Plaintiff fails to allege the citizenship of each of its partners, which is required to properly establish the citizenship of unincorporated partnerships.  *Great S. Fire Proof Hotel Co. v. Jones*, 177 U.S. 449, 456 (1900) ("[W]e must look in the case of a suit by or against a partnership association to the citizenship of the several persons composing such association.").  Because "diversity of citizenship [exists only when] there is complete diversity between all named plaintiffs and all named defendants," *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 84 (2005), the Court lacks sufficient information to determine whether diversity exists between parties.

Accordingly, Plaintiff is ordered to show cause no later than **May 10, 2013**, why this case should not be dismissed for lack of subject-matter jurisdiction.  Failure to timely respond will result in immediate dismissal of this action.

Initials of Preparer:  _____